UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:11-CR-168-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| -v- | ) | ORDER |
| | ) | |
| FREDERICK MASON | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibit described to Special Agent Kevin Roughton of the North Carolina State Bureau of Investigation.

IT IS HEREBY ORDERED that the following exhibit admitted into evidence on February 22, 2012, be transferred to Agent Roughton to be retained in his custody until this case is completed, including any matters on appeal:

<u>Govt. Exhibit No.:</u>     <u>Description</u>

Exhibit Number 49............510n Computer

This the 22nd day of February, 2012.

Louise W. Flanagan
United States District Judge

SOACKNOWLEDGED:

_____
Kevin Roughton, Special Agent

_____
Joe Exum, Jr., Assistant U.S. Attorney