UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-168-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | ORDER |
| FREDERICK MASON, : | |
| Defendant. : | |

It appearing to the Court that during the investigation of the above-captioned case, the 510N Computer, referenced as Exhibit Number 49 in the Order regarding transfer and retention (DE 46) was seized during the investigation and used as evidence.

It further appearing to the Court that this case has been fully adjudicated and the aforementioned item is no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of, or destroyed by Kevin Roughton or a member of the North Carolina State Bureau of Investigation in accordance with regulations of the North Carolina State Bureau of Investigation.

This the 21st day of July, 2014.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Court Judge